[Modified Opinion](#)